[No. 50257-3-I.   Division One.   May 24, 2004.]

*In the Matter of the Marriage of* ADENI ACEVEDO BUSIGO DE POL, *Respondent*, and JOSE POL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-3-01957-4, David F. Hulbert, J., entered March 6, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 51227-7-I; 52401-1-I.   Division One.   May 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON DEVON PRICE, *Appellant*.

Appeals from judgments of the Superior Court for King County, No. 01-1-05367-8, Michael Hayden, J., entered October 3, 2002 and April 28, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Kennedy, J.

[No. 51279-0-I.   Division One.   May 24, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. ARMOND HAYDEL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04849-6, Brian D. Gain, J., entered October 24, 2002. *Reversed* by unpublished opinion per Cox, C.J., concurred in by Appelwick and Schindler, JJ. Now published at 122 Wn. App. 365.

[No. 51434-2-I.   Division One.   May 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONEL MARIN-TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02296-7, Douglas D. McBroom, J., entered October 29, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Appelwick, JJ.